IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DOUGLAS R. BROWN ,

     Petitioner,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0873

Opinion filed December 4, 2017.

Petition for Writ of Certiorari – Original Jurisdiction.

Douglas R. Brown, pro se, Petitioner.

Kenneth S. Steely, General Counsel; Pamela Jo Bondi, Attorney General, and Lateasha L Powell, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

     DENIED.

ROBERTS, BILBREY, and KELSEY, JJ., CONCUR.